DANIEL MADDRY
1266 Oregon St
Redding, CA 96001
Phone: 318-465-2757
Email: dmaddry@gmail.com

DANIEL MADDRY, IN PRO PER

**FILED**

MAR 1 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CV 25-2449 LB

| | |
|---|---|
| DANIEL MADDRY, | Case No.: |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND INJUNCTIVE RELIEF** |
| vs. | |
| LUOXUE; ZHANG ZHENKAI; | |
| GUOYANQUING; and JOHN DOES 1-10 | **DATE:** |
| | **TIME:** |
| Defendants. | **DEPT:** |

## I. INTRODUCTION

1. This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq., arising from Defendants' willful and unauthorized reproduction, distribution, and sale of Plaintiff's original creative work titled *Discernment* (the "Work"). Plaintiff invested substantial time, creativity, and resources into developing *Discernment*, making Defendants' unauthorized reproduction especially damaging. Defendants' actions were intentional, systematic, and calculated to mislead consumers and profit from Plaintiff's original work. Plaintiff seeks injunctive relief to prevent Defendants from continuing their infringing activities, which include the sale of counterfeit copies of *Discernment* through various online platforms, including but not limited to Amazon.com, Walmart.com, and eBay.com.

## II. JURISDICTION AND VENUE

-1-

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this is a civil action arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq., which falls under the exclusive jurisdiction of federal courts.

3.    This Court has personal jurisdiction over Defendants because Plaintiff resides in this district, and Defendants have purposefully directed their infringing activities toward this district, knowing their conduct would cause harm here. Defendants advertised, marketed, distributed, and sold counterfeit copies of Plaintiff's copyrighted game, *Discernment*, to consumers in this district through online platforms such as Amazon.com, Walmart.com, and eBay.com.

4.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(a) because Plaintiff resides in this district, Defendants targeted and sold counterfeit products here, and a substantial part of the events giving rise to this action occurred in this district.

5.    Given that Defendants operate from China, court intervention is necessary to prevent continued infringement across international borders.

### III. PARTIES

**Plaintiff**

6.    Plaintiff Daniel Clinton Maddry is an individual residing at 1266 Oregon St, Redding, CA 96001. Plaintiff is the sole owner of the original game *Discernment*, a creative work protected under United States copyright law. Plaintiff also holds the registered trademark for the "Christians Like" logo, which is prominently displayed on the front of the *Discernment* box (See Exhibit 11). As the creator and rights holder of *Discernment*, Plaintiff has invested substantial time, effort, and resources into its development, promotion, and sale.

**Defendants**

7.    Defendant Luoxue is an individual or business entity operating out of Yunnan Province, China. Luoxue is actively engaged in the unauthorized reproduction, distribution, and sale of counterfeit copies of *Discernment*.

8.    Defendant Zhang Zhenkai is an individual or business entity operating out of Nanning City, China. Zhang Zhenkai is actively engaged in the unauthorized reproduction, distribution, and sale of counterfeit copies of *Discernment*.

9.    Defendant Guoyanqing is an individual or business entity operating out of Henan Province, China. Guoyanqing is actively engaged in the unauthorized reproduction, distribution, and sale of counterfeit copies of *Discernment*.

10.    Defendants also include John Does 1-10, inclusive, whose identities are unknown at this time but who are believed to be involved in the manufacture, distribution, or sale of counterfeit copies of Plaintiff's copyrighted work. Upon information and belief, these unnamed defendants are individuals, businesses, or entities acting in concert with the named Defendants to promote, market, distribute, or sell counterfeit copies of Discernment.

11.    Upon information and belief, Defendants intentionally operate from China to exploit international barriers, evade accountability, and profit from the unauthorized sale of counterfeit products in the United States.

## IV. STATEMENT OF FACTS

### A. Plaintiff's Copyrighted Work

12. Plaintiff created the original game Discernment on June 1, 2023, and published it on June 1, 2024. Supporting documentation, including the original Kickstarter campaign and proof of its launch date, is attached as Exhibits 1 and 2. *Discernment* is an original creative work authored by Plaintiff featuring:

- A distinctive black and blue pixelated box design prominently displaying the name *Discernment* (Exhibit 9).

- 500 original cards containing unique content authored by Plaintiff.

13. Plaintiff has extensive documented evidence of his creation and ownership of the Work, including but not limited to:

-3-

      a.  Spreadsheets containing original design concepts and content development.

          (Shown in Exhibit 8b)

      b.  A Kickstarter campaign that presented the concept of *Discernment* to the public

          and successfully crowdfunded the game's production (Exhibit 1).

14. Plaintiff also holds a valid trademark for the "Christians Like" logo, which appears on the front of the *Discernment* box (Exhibit 11).

**B. Defendants' Infringing Activities**

15. Upon information and belief, Defendants had access to the Work through Plaintiff's public distribution and sale of *Discernment*.

16. Without Plaintiff's authorization, Defendants have willfully:

      a.  Copied, reproduced, distributed, and sold counterfeit copies of *Discernment*

          through various online platforms, including but not limited to Amazon.com,

          Walmart.com, and eBay.com (Exhibits 5-7).

      b.  Copied Plaintiff's game design, box artwork, content, and branding, including the

          "Christians Like" logo (Exhibit 8).

17. Plaintiff first discovered Defendants' infringing activities on February 23, 2025, when he identified counterfeit versions of *Discernment* being sold on Amazon under the following ASINs:

- B0DX21LYJN (sold by Defendant Luoxue)
- B0DXCWWJPZ (sold by Defendant Zhang Zhenkai)
- B0DX1LHGDC and B0DX1HMK9Q (sold by Defendant Guoyanqing)

18. These counterfeit products were listed at a 60% discount compared to Plaintiff's authentic game, enticing consumers and diverting sales from Plaintiff's legitimate product (Exhibit 6).

19. On February 26, 2025, and February 28, 2025, Plaintiff issued Cease and Desist letters to

each of the Defendants via email, demanding that they immediately cease all infringing activities. To date, no Defendant has responded, and they have continued their infringing activities.

20. Plaintiff promptly reported the counterfeit listings to Amazon, which temporarily removed the listings. However, Amazon informed Plaintiff that the listings would be reinstated unless proof of a filed lawsuit is provided.

21. Defendants' ongoing infringement has caused, and will continue to cause, immediate and irreparable harm to Plaintiff unless enjoined by this Court.

## V. CLAIMS FOR RELIEF

**Count I: Copyright Infringement (17 U.S.C. §§ 106, 501)**

A. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 21 above as though fully set forth herein.

B. Defendants' infringement has caused and will continue to cause irreparable harm to Plaintiff's reputation, customer goodwill, and business relationships, for which there is no adequate remedy at law. As such, Plaintiff seeks immediate injunctive relief to prevent further damage.

C. Defendants' continued infringement poses an immediate threat to Plaintiff's business reputation, goodwill, and customer base. Without immediate court intervention, Defendants' unlawful actions will result in further economic harm and erosion of Plaintiff's brand.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Daniel Clinton Maddry respectfully requests that this Court enter judgment in Plaintiff's favor and against Defendants as follows:

A. For a preliminary and permanent injunction pursuant to 17 U.S.C. § 502, enjoining Defendants, their agents, representatives, affiliates, assigns, and any parties acting in concert with them, including but not limited to John Does 1-10, from:

1

      a.  Reproducing, distributing, selling, offering for sale, or otherwise infringing

2

          Plaintiff's Work;

3

      b.  Removing, concealing, or destroying unauthorized copies of Plaintiff's Work.

4

      c.  Listing, relisting, or promoting counterfeit copies of Discernment on any online

5

          platform, including but not limited to Amazon.com, Walmart.com, and eBay.com.

6

  B.  For an order requiring Defendants to provide a full accounting of all individuals, entities,

7

and platforms involved in the distribution of counterfeit copies of *Discernment*.

8

  C.  For an order directing Amazon, Walmart, and any other known or unknown third-party

9

platforms hosting counterfeit copies of *Discernment* to remove all infringing listings

10

immediately.

11

  D.  Plaintiff respectfully states that no jury trial is requested.

12

  E.  For such other and further relief as the Court deems just and proper.

13

14

15

DATED:  ___3.11.25_____

16

17

18

19

20

                                    _____

DANIEL CLINTON MADDRY
In Pro Per

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND INJUNCTIVE RELIEF

## Exhibits List – Evidence of Intellectual Property Infringement

### Exhibit 1 – Kickstarter Campaign for Game Creation

- Description: Screenshot and details from my Kickstarter campaign launched in **October 2023** to fund the development and production of *Discernment*.



### Exhibit 2 – Proof of Kickstarter Launch Date

- Description: Supporting documentation confirming the official **October 2023** launch date of the Kickstarter campaign.



**Exhibit 3 – Customer Confusion Evidence #1**

- Description: Screenshot(s) of customer inquiries expressing confusion regarding counterfeit versions of *Discernment*.



**Exhibit 4 – Customer Confusion & Loss of Revenue**

- Description: Documentation showing instances where customers mistakenly purchased counterfeit copies or returned legitimate copies to purchase counterfeit versions at a lower price.



## Exhibit 5 – Counterfeit Listings on Amazon

- Description: Screenshots of unauthorized *Discernment* listings found on Amazon, showing the counterfeit version mimicking my original design.



## Exhibit 6 – Counterfeit Listings on Walmart

- Description: Screenshots of unauthorized *Discernment* listings found on Walmart's website, using my intellectual property without permission.



## Exhibit 7 – Counterfeit Listings on eBay

- Description: Screenshots of unauthorized *Discernment* listings found on eBay, reinforcing the scope of infringement.



**Exhibit 8** – **Unauthorized Use of My Intellectual Property**

- Description: Evidence of my **original designs, text, and content** appearing directly within the counterfeit product listings.



**Exhibit 8.b** – **Spreadsheet Containing Game Content**

- Description: Spreadsheet where *Discernment* content was written, featuring original content used in the counterfeit versions.



**Exhibit 9 – Comparison: Official Design vs. Counterfeit Design**

- Description: Side-by-side visual comparison of:
- **New Design:** The only authorized design currently produced and sold by me.
- **Original Design:** The prior design that has been replicated in the counterfeit versions.



**Exhibit 10 – Stolen Photograph Evidence**

- Description: Side-by-side comparison of:
- The **original photograph** I paid to have taken.
- The **altered counterfeit photograph** where my logo has been removed and replaced.



**Exhibit 11 – Registered Trademark for 'Christians Like' Logo**

- Description: Official trademark registration document for the 'Christians Like' logo, which appears on the front of *Discernment* box.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,007,790**

**Registered Mar. 21, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Maddry, Daniel  (UNITED STATES INDIVIDUAL)
10727 Domain Dr, Apt 310
Austin, TEXAS 78741

CLASS 28: Card games

FIRST USE 6-9-2020; IN COMMERCE 6-9-2020

The color(s) yellow, black and white is/are claimed as a feature of the mark.

The mark consists of a yellow smiley face circle with the capitalized letters "C" and "L" as eyes in standardized black font letters above an upturned semi-circle in black with the words "CHRISTIANS LIKE" in standardized white font letters adjacent to the yellow circle. The black in the background is merely background and is not claimed as a feature of the mark.

SER. NO. 97-063,486, FILED 10-07-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.