Generated: Mar 11, 2025 10:48AM                                                                                     Page 1/1



# U.S. District Court

## California Northern - Oakland

Receipt Date: Mar 11, 2025 10:48AM

Daniel Maddry
1266 Oregon Street
Redding , CA 96001

Rcpt. No: 411018431          Trans. Date: Mar 11, 2025 10:48AM          Cashier ID: #JL (3766)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

**Comments:** 3:25-cv-2449 LB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.