DANIEL MADDRY
1266 Oregon St
Redding, CA 96001
Phone: 318-465-2757
Email: dmaddry@gmail.com

DANIEL MADDRY, IN PRO PER

FILED
MAR 1 1 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MADDRY,

    Plaintiff,

vs.

LUOXUE; ZHANG ZHENKAI; GUOYANQUING; and JOHN DOES 1-10

    Defendants.

Case No.: CV 25-2449 LB

PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED RELIEF

DATE:
TIME:
DEPT:

## I. INTRODUCTION

1. Plaintiff Daniel Clinton Maddry ("Plaintiff") respectfully applies for a Temporary Restraining Order (TRO) to enjoin Amazon.com, Inc., Walmart.com, and eBay.com from continuing to allow Defendants' counterfeit listings of Plaintiff's copyrighted card game *Discernment* to remain active on their platforms and to prevent Defendants from further infringing activities.

2. Plaintiff is the original creator and copyright holder of the game *Discernment*, which was successfully launched on Kickstarter in 2023 (Exhibit 1) and has been sold exclusively on Plaintiff's website, Amazon, Walmart, and eBay under ASIN: B0D5C874R9.

3. Plaintiff has identified multiple unauthorized Amazon, Walmart, and eBay sellers,

-1-

PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR
EXPEDITED RELIEF

including Defendants Luoxue, Zhang Zhenkai, Guoyanqing, and John Does 1-10, inclusive, all based in China, who are selling counterfeit copies of *Discernment* using Plaintiff's original designs, content, and branding without permission (Exhibit 5, 6, and 7).

4. Despite repeated efforts to have Amazon, Walmart, and eBay remove these counterfeit listings, the platforms have refused to take action without a court order, resulting in continued harm to Plaintiff's brand and loss of sales.

5. Plaintiff requests immediate injunctive relief to prevent ongoing infringement, customer confusion, and irreparable harm.

## II. FACTUAL BACKGROUND

6. Plaintiff created, developed, and successfully launched the card game *Discernment* via Kickstarter in 2023 (Exhibit 1). The campaign can be viewed at: https://www.kickstarter.com/projects/cardschristianslike/discernment-whats-beneath-the-babel.

7. Since launching, Plaintiff has been the exclusive seller of *Discernment* through Plaintiff's website: https://cardschristianslike.com/products/discernment and Amazon (ASIN: B0D5C874R9).

8. In 2025, Plaintiff updated the game's packaging from a horizontally oriented box to a vertical box design to improve retail display (Exhibit 9).

9. Counterfeit copies of *Discernment* have recently appeared on Amazon, Walmart.com, and eBay, all featuring the outdated horizontal box design, indicating these are unauthorized reproductions from overseas manufacturers (Exhibits 5, 6, and 7).

10. Defendants' counterfeit listings use Plaintiff's copyrighted designs, content, and branding without authorization, infringing on Plaintiff's intellectual property rights (Exhibits 8, 9 and 10).

11. Plaintiff has provided Amazon, Walmart.com, and eBay with extensive evidence of ownership, including supporting documentation, product images, and details of the updated

PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED RELIEF

packaging design. Despite this, these platforms have refused to permanently remove the counterfeit listings without a court order.

12. Without immediate action, Defendants' counterfeit listings will continue to harm Plaintiff's reputation, confuse consumers, and undermine Plaintiff's legitimate sales (Exhibit 4).

### III. LEGAL STANDARD

13. A plaintiff seeking a TRO must demonstrate: (1) a likelihood of success on the merits; (2) irreparable harm in the absence of immediate relief; (3) that the balance of hardships tips in the plaintiff's favor; and (4) that injunctive relief is in the public interest.

### IV. ARGUMENT

**A. Likelihood of Success on the Merits**

14. Plaintiff is the sole creator, copyright holder, and authorized distributor of *Discernment*. Plaintiff has ample documentation proving his ownership and rights to the game, including:

- Spreadsheets documenting original designs. (Exhibit 8.b)
- A Kickstarter campaign that presented the concept of *Discernment* to the public and successfully crowdfunded the project. (Exhibit 1)

15. Defendants have unlawfully copied, reproduced, and sold counterfeit versions of Plaintiff's game. Plaintiff's clear ownership and Amazon's, Walmart's, and eBay's documented refusal to act without a court order strongly establish a likelihood of success.

**B. Immediate and Irreparable Harm**

16. Each day Defendants' counterfeit listings remain active results in:

- Further customer confusion due to the outdated box design used by infringers.
- Ongoing damage to Plaintiff's business reputation and customer goodwill.
- Continued loss of Plaintiff's customer base to discounted counterfeit versions (Exhibits 3 and 4).

PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED RELIEF

17. Plaintiff has documented customer confusion, including messages from consumers mistakenly believing counterfeit versions to be authentic (Exhibits 3 and 4). Such harm is considered irreparable because reputational damage and loss of consumer trust cannot be fully compensated by monetary damages. See *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 841 (9th Cir. 2001).

**C. Balance of Hardships**

18. The hardship to Plaintiff — including reputational damage, lost sales, and ongoing infringement — far outweighs any burden imposed on Amazon, Walmart, eBay, or Defendants by requiring the removal of these unlawful listings. Ensuring Plaintiff's copyright is enforced imposes no legitimate burden on Defendants, as they have no right to continue profiting from their unlawful conduct.

**D. Public Interest**

19. The public has a strong interest in protecting consumers from counterfeit products and ensuring creators' intellectual property rights are upheld. Granting this TRO will serve the public interest by protecting consumers from confusion and supporting intellectual property enforcement.

## V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue a Temporary Restraining Order (TRO) requiring Amazon.com, Inc., Walmart.com, and eBay.com to:

    a. Immediately remove all counterfeit listings of *Discernment* from their platforms;

    b. Prohibit Defendants and John Does 1-10, inclusive, from listing or selling counterfeit copies of *Discernment* pending further order of this Court.

B. Issue an order requiring Defendants and any third-party platforms to: a. Preserve all sales

1  records, communications, and inventory data related to counterfeit copies of *Discernment* to
2  ensure key evidence is retained. b. Provide Plaintiff with an accounting of profits from
3  counterfeit sales.

    C. Grant Plaintiff expedited discovery to:

        a. Identify all known sellers offering counterfeit copies of *Discernment,* including John Does 1-10.

        b. Require Amazon, Walmart, and eBay to disclose seller information and correspondence related to these counterfeit listings.

    D. Grant any additional relief the Court deems just and proper.

DATED: __3.11.25__

_____
DANIEL CLINTON MADDRY
In Pro Per

PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED RELIEF