DANIEL MADDRY
1266 Oregon St
Redding, CA 96001
Phone: 318-465-2757
Email: dmaddry@gmail.com

DANIEL MADDRY, IN PRO PER

RECEIVED

MAR 1 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MADDRY, <br><br>  Plaintiff, <br><br> vs. <br><br> LUOXUE; ZHANG ZHENKAI; GUOYANQUING; and JOHN DOES 1-10 <br><br>  Defendants. | Case No.: CV. 25-2449 LB<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**<br><br>**DATE:**<br>**TIME:**<br>**DEPT:** |

Upon consideration of Plaintiff Daniel Maddry's Ex Parte Application for a Temporary Restraining Order ("TRO"), and having reviewed the supporting memorandum of law, declarations, and exhibits, the Court finds that:

1. Plaintiff has demonstrated a likelihood of success on the merits of his claims for copyright infringement under 17 U.S.C. § 501.

2. Plaintiff has shown that he will suffer immediate and irreparable harm in the absence of immediate injunctive relief, including reputational damage, customer confusion, and the continued sale of counterfeit versions of Plaintiff's copyrighted card game, *Discernment*.

3. The balance of hardships tips in Plaintiff's favor, as Defendants have no right to continue profiting from their unlawful conduct.

4. The requested TRO is in the public interest because it will prevent further consumer

confusion and protect intellectual property rights.

Accordingly, IT IS HEREBY ORDERED THAT:

5. Defendants LUOXUE, ZHANG ZHENKAI, GUOYANQUING, and DOES 1-10, inclusive ("Defendants") and their officers, agents, servants, employees, and all other persons acting in concert with them are hereby restrained and enjoined from:

    a. Reproducing, distributing, advertising, marketing, offering for sale, or selling counterfeit copies of Plaintiff's copyrighted game, *Discernment*;

    b. Listing or relisting any infringing copies of Plaintiff's copyrighted work on Amazon.com, Walmart.com, eBay.com, or any other online platform;

    c. Concealing, transferring, or destroying any counterfeit copies of Plaintiff's copyrighted work currently in their possession or control.

6. Amazon.com, Inc., Walmart.com, and eBay.com are hereby ordered to:

    a. Remove all infringing listings of Plaintiff's copyrighted game *Discernment* from their respective platforms within 48 hours of receiving this Order;

    b. Preserve all sales records, inventory data, and communications related to Defendants' counterfeit sales of *Discernment* within 5 days of receiving this Order;

7. Plaintiff is authorized to conduct expedited discovery to:

    a. Identify all individuals and entities involved in the manufacture, distribution, and sale of counterfeit copies of *Discernment*;

    b. Obtain records from Amazon.com, Walmart.com, eBay.com, and any related platforms revealing seller information, communications, and product details related to the infringing listings.

8. This Order shall remain in effect until further order of this Court. Defendants are ORDERED TO SHOW CAUSE at a hearing set for _____ as to why a

[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Preliminary Injunction should not be issued extending this Order throughout the pendency of this action.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE