DANIEL MADDRY
1266 Oregon St
Redding, CA 96001
Phone: 318-465-2757
Email: dmaddry@gmail.com

DANIEL MADDRY, IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MADDRY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LUOXUE; ZHANG ZHENKAI; GUOYANQING; and JOHN DOES 1-10<br><br>　　　　　Defendants. | Case No.: CV 25-2449 LB<br><br>**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**<br><br>DATE:<br>TIME:<br>DEPT: |

## I. INTRODUCTION

1. Plaintiff Daniel Clinton Maddry ("Plaintiff") hereby moves this Court pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure for an order permitting alternative service of process on Defendants Luoxue, Zhang Zhenkai, Guoyanqing, and DOES 1-10 ("Defendants") via email and by notifying Amazon.com, Inc., Walmart.com, and eBay.com's respective legal departments.

2. Due to Defendants' evasive conduct and international location in China, traditional service through the Hague Convention is impractical and will result in significant delay, allowing ongoing infringement to continue. Plaintiff requests alternative service to ensure prompt notice to Defendants while protecting Plaintiff's rights.

## II. FACTUAL BACKGROUND

3. Plaintiff has diligently attempted to identify and locate Defendants. Plaintiff has:

- Identified Defendants as sellers of counterfeit copies of Plaintiff's copyrighted game *Discernment* on Amazon, Walmart, and eBay.

- Attempted to locate valid business addresses for each Defendant and confirmed that they operate from China.

- Submitted Cease and Desist letters to Defendants' known email addresses, but Defendants have not responded.

4. Given the international nature of the Defendants' operations and their refusal to engage, Plaintiff believes that alternative service via email and notification through Amazon, Walmart, and eBay's legal teams is the most effective means of achieving actual notice of this lawsuit.

## III. LEGAL STANDARD

5. Under Rule 4(f)(3) of the Federal Rules of Civil Procedure, courts may authorize alternative means of service upon foreign defendants that are "not prohibited by international agreement." Courts have consistently permitted alternative service via email and third-party platforms where defendants have intentionally evaded traditional methods or conducted online commercial activities.

6. In cases of international infringement through online sales platforms, courts have authorized email service and notification through platforms such as Amazon and eBay when such methods are reasonably calculated to give defendants actual notice. See *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016-17 (9th Cir. 2002) (authorizing service via email as "reasonably calculated" to provide actual notice).

## IV. ARGUMENT

A. Alternative Service is Reasonably Calculated to Provide Notice Defendants' primary business activities are conducted online, making service via email and platform notification the

most practical and effective method of ensuring notice. Since Defendants have refused communication and operate anonymously through these platforms, email and platform-based notification are the most direct means of contact.

B. Service Under Rule 4(f)(3) is Timely and Justified The Hague Convention is the default method for international service but is not mandatory when alternative methods are authorized by the Court. The Ninth Circuit has repeatedly affirmed that Rule 4(f)(3) permits alternative service even where the Hague Convention applies. See *Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 707 (1988).

Given the urgency of this matter and the ongoing harm caused by Defendants' infringing activities, traditional service methods would result in undue delay. Alternative service via email and platform notification is the most efficient and effective method to provide notice to Defendants.

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Alternative Service and authorize Plaintiff to serve Defendants as follows:

1. By sending a copy of the Summons, Complaint, TRO Application, and supporting documents to Defendants via the following email addresses:

   a. Luoxue: j51566@163.com

   b. Zhang Zhenkai: binnane@163.com

   c. Guoyanqing: guoyanqing1588@163.com

2. By notifying Amazon.com, Inc., Walmart.com, and eBay.com's legal departments of this lawsuit and requesting that they provide a copy of the Summons, Complaint, and supporting documents to Defendants via their internal communication systems.

1 DATED: __3.11.25__

4 _____
DANIEL CLINTON MADDRY
In Pro Per

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE