1 | DANIEL MADDRY
1266 Oregon St
2 | Redding, CA 96001
Phone: 318-465-2757
3 | Email: dmaddry@gmail.com

4 | DANIEL MADDRY, IN PRO PER

5

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8

9 | DANIEL MADDRY,                           ) Case No.: CV 25-2449  LB
                                             )
10 |              Plaintiff,                 ) [PROPOSED] ORDER GRANTING
                                             ) PLAINTIFF'S MOTION FOR
11 |       vs.                               ) ALTERNATIVE SERVICE
                                             )
12 | LUOXUE; ZHANG ZHENKAI;                  )
                                             )
13 | GUOYANQING; and JOHN DOES 1-10          ) DATE:
                                             ) TIME:
14 |              Defendants.                ) DEPT:
                                             )
15 | _____

16

17 | Upon consideration of Plaintiff's Motion for Alternative Service and supporting materials, and

18 | for good cause shown, the Court hereby GRANTS Plaintiff's Motion and ORDERS as follows:

19 |   1. Plaintiff is authorized to serve Defendants Luoxue, Zhang Zhenkai, Guoyanqing, and

20 | John Does 1-10 ("Defendants") with copies of the Summons, Complaint, Motion for Temporary

21 | Restraining Order ("TRO"), Proposed Order for TRO, and supporting documents through the

22 | following alternative means:

23 |       a. By email to the following known email addresses associated with the Defendants:

24 |           i.   Luoxue: j51566@163.com

25 |           ii.  Zhang Zhenkai: binnane@163.com

26

27 |           iii. Guoyanqing: guoyanqing1588@163.com

28 |       b. By notifying the legal departments of the following online platforms where

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Defendants are actively conducting business, and requesting that the platforms forward copies of the Summons, Complaint, TRO Application, and supporting documents to the Defendants through their internal messaging systems:

    i. Amazon.com, Inc.

    ii. Walmart.com

    iii. eBay.com

2. Such alternative service is deemed reasonably calculated to provide Defendants with actual notice of the pending litigation in accordance with Rule 4(f)(3) of the Federal Rules of Civil Procedure.

3. Plaintiff shall file proof of service within 7 days of completing service through the authorized alternative methods outlined above.

IT IS SO ORDERED.

DATED: _____

                                                                       UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE