Dispositive Motions: within 120 days.

Trial: not anticipated if injunction is stipulated or defaults entered.

9. Meet and Confer

Plaintiff attempted to meet and confer with ZHANG ZHENKAI by email. ZHANG ZHENKAI indicated they have stopped selling the game. Defendants LUOXUE and GUOYANQUING did not respond and did not participate.

10. Additional Matters

Plaintiff believes this case may be resolved without extensive litigation, either through default judgment or a stipulated injunction.

Dated:     8/20/25

_____
Plaintiff, Pro Se

IT IS SO ORDERED.

Dated: _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Form updated January 17, 2023