UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MADDRY | Case Number: CV 25-2449 LB |
| Plaintiff(s), | **CASE MANAGEMENT STATEMENT** |
| vs. | |
| LUOXUE; ZHANG ZHENKAI; and GUOYANQUING | |
| Defendant(s). | |

1. Jurisdiction & Service

    All three defendants were served with the complaint by the Court. ZHANG ZHENKAI has informally responded by email, stating they have ceased selling the product and have refunded customers, but has not filed a response with the Court. Defendants LUOXUE and GUOYANQUING have not responded, and their deadlines to do so have passed. Plaintiff intends to request entry of default against Defendants LUOXUE and GUOYANQUING.

2. Facts and Legal Issues

    Plaintiff alleges that Defendants were unlawfully selling Plaintiff's game without authorization. Plaintiff seeks injunctive relief to prevent further sales of the game. No damages are sought. The key issues are (1) whether ZHANG ZHENKAI has in fact ceased all infringing sales, and (2) whether permanent injunctive relief should be granted.

*Form updated January 17, 2023*

3. Parties' Status

**ZHANG ZHENKAI:** Contacted Plaintiff by email, claimed to have ceased infringing conduct, and provided sales data showing refunds were issued. No formal Answer filed.

**LUOXUE and GUOYANQUING:** No response; in default.

4. Motions

Plaintiff anticipates filing a motion for default judgment against Defendants LUOXUE and GUOYANQUING if they do not appear. Plaintiff may also seek summary judgment if ZHANG ZHENKAI continues participation but does not stipulate to an injunction.

5. Discovery

Minimal discovery is anticipated. Plaintiff may seek limited discovery from ZHANG ZHENKAI to confirm that infringing sales have ceased. No written discovery or depositions have been served at this time.

6. Relief Sought

Plaintiff seeks injunctive relief only to bar Defendants from manufacturing, distributing, or selling Plaintiff's game. No damages are requested.

7. Settlement and ADR

Plaintiff is open to informal resolution with ZHANG ZHENKAI, including a stipulated injunction or consent judgment. The other two defendants have not appeared, so ADR is not applicable.

8. Proposed Schedule

Initial Disclosures: within 14 days of CMC.

Discovery: limited and completed within 90 days.

*Form updated January 17, 2023*

Dispositive Motions: within 120 days.

Trial: not anticipated if injunction is stipulated or defaults entered.

9. Meet and Confer

Plaintiff attempted to meet and confer with ZHANG ZHENKAI by email. ZHANG ZHENKAI indicated they have stopped selling the game. Defendants LUOXUE and GUOYANQUING did not respond and did not participate.

10. Additional Matters

Plaintiff believes this case may be resolved without extensive litigation, either through default judgment or a stipulated injunction.

Dated: **11/24/25**

Plaintiff, Pro Se

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE