# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DANIEL M. MADDRY, | Case No. 25-cv-02449-BLF |
| Plaintiff, | |
| v. | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| LUOXUE, et al., | |
| Defendants. | |

In light of the fact no Defendant has yet appeared in this matter, the initial case management conference previously scheduled for December 4, 2025, is CONTINUED to March 12, 2026 at 11:00 a.m. by videoconference. An updated case management statement SHALL be filed on or before March 5, 2026.

**IT IS SO ORDERED.**

Dated: November 25, 2025

_____
BETH LABSON FREEMAN
United States District Judge