UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MADDRY                ) Case Number: CV 25-2449 BLF
    Plaintiff(s),            )
                             ) **UPDATED CASE MANAGEMENT**
    vs.                      ) **STATEMENT**
LUOXUE; ZHANG ZHENKAI; and   )
GUOYANQUING                  )
    Defendant(s).            )
                             )

1.  Jurisdiction & Service

    All three Defendants were served with the Complaint by the Court via alternative service. ZHANG ZHENKAI informally responded by email, stating they ceased selling the product and refunded customers, but has not filed a formal Answer or responsive pleading. Defendants LUOXUE and GUOYANQUING have not responded, and their deadlines to do so have passed. No Defendant has appeared in this action. Plaintiff intends to request entry of default against Defendants LUOXUE and GUOYANQUING.

2.  Facts and Legal Issues

    Plaintiff alleges that Defendants willfully reproduced, distributed, and sold counterfeit copies of Plaintiff's copyrighted game, Discernment, through online platforms including Amazon.com, Walmart.com, and eBay.com. Plaintiff seeks permanent injunctive relief to prevent further sales. No damages are sought. The key issues are (1) whether ZHANG ZHENKAI has permanently ceased all infringing sales, and (2) whether permanent injunctive relief should be granted.