UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL M. MADDRY,<br><br>    Plaintiff,<br><br>v.<br><br>LUOXUE, et al.,<br><br>    Defendants. | Case No.  25-cv-02449-BLF<br><br>**ORDER REGARDING SERVICE OF PROCESS; AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re ECF No. 23] |

Plaintiff has filed a case management statement in advance of the initial case management conference, scheduled for March 12, 2026. ECF No. 23. Therein, Plaintiff states that the "Defendants were served with the Complaint by the Court via alternative service." *Id.* The Court advises Plaintiff that alternative service has not been authorized. To the contrary, the Court denied Plaintiff's motion for alternative service on March 18, 2025, including because Plaintiff had not submitted any evidence indicating that he attempted to effectuate service under the Hague Convention or otherwise provided evidence of diligence. ECF No. 13. If Plaintiff seeks to serve Defendants by alternative service, Plaintiff must file a renewed motion requesting authorization. If Plaintiff does so submit, the Court advises Plaintiff to provide evidence of reasonable diligence in attempting service.

In light of the fact no Defendant has yet appeared in this matter, the initial case management conference previously scheduled for March 12, 2026, is CONTINUED to July 9, 2026, at 11:00 a.m. by videoconference. An updated case management statement SHALL be filed on or before July 2, 2026. The Court also observes that Plaintiff has filed only page 1 of his Updated Case Management Statement, ECF No. 23, and requests that, in the future, Plaintiff

1  include all pages of submitted documents.

2  **IT IS SO ORDERED.**

4  Dated: March 6, 2026

_____
BETH LABSON FREEMAN
United States District Judge