**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DANIEL M. MADDRY,

          Plaintiff,

     v.

LUOXUE, et al.,

          Defendants.

Case No. 25-cv-02449-BLF

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

In light of the fact that no Case Management Statement was filed and no Defendant has yet appeared in this matter, the initial case management conference previously scheduled for July 9, 2026, is CONTINUED to November 19, 2026, at 11:00 a.m. by videoconference.

**IT IS SO ORDERED.**

Dated: July 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California