**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DANIEL M. MADDRY,

Plaintiff,

v.

LUOXUE, et al.,

Defendants.

Case No. 25-cv-02449-BLF

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT**

In light of the fact that no Case Management Statement was filed and no Defendant has yet appeared in this matter, the initial case management conference previously scheduled for November 19, 2026, is CONTINUED to May 6, 2027, at 11:00 a.m. by videoconference. Because Defendants have been served but have not appeared, the Court DIRECTS Plaintiff to file a request for entry of default.

**IT IS SO ORDERED.**

Dated: November 13, 2026

BETH LABSON FREEMAN
United States District Judge