Daniel C. Maddry, Plaintiff in Pro Se
1266 Oregon Street, Redding, CA 96001
(318) 465-2757 | dmaddry@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

DANIEL C. MADDRY, Plaintiff, v. LUOXUE, et al., Defendants.

Case No. 5:25-cv-02449-BLF (VKD)

**REQUEST FOR CLERK'S ENTRY OF DEFAULT UNDER RULE 55(a)**

Plaintiff Daniel C. Maddry requests entry of default by the Clerk under Federal Rule of Civil Procedure 55(a) as to Luoxue, Zhang Zhenkai, and Guoyanquing. The Court directed Plaintiff to make this request in its November 13, 2026 order (Dkt. 31), which states that the defendants were served and had not appeared. The Court authorized email service in Dkt. 27. Proof of service and the email confirmations appear at Dkt. 28 and Dkt. 28-1. The supporting declaration addresses those records and the defendants' response status.

Plaintiff seeks only entry of default. No default judgment or other relief is requested in this filing.

Date: 11/19/26 Signature: [signature]

Daniel C. Maddry, Plaintiff in Pro Se

Daniel C. Maddry, Plaintiff in Pro Se
1266 Oregon Street, Redding, CA 96001
(318) 465-2757 | dmaddry@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

DANIEL C. MADDRY, Plaintiff, v. LUOXUE, et al., Defendants.

Case No. 5:25-cv-02449-BLF (VKD)

**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Daniel C. Maddry, declare:

1. I am the named plaintiff. On April 3, 2026, I sent each named defendant the issued summons, complaint, and signed Dkt. 27 order by email. Dkt. 28 and Dkt. 28-1 identify the recipients and document the transmissions.

2. The complaint docket entry uses Guoyanquing. The corresponding summons sent to the address specified in Dkt. 27 uses Guoyanqing.

3. I exchanged settlement emails with Zhang Zhenkai. To my knowledge, none of the three defendants has filed an answer or appeared in this action, and no extension to respond has been granted.

4. The docket shows a different middle initial. My correct middle initial is C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/19/26 at Redding, CA.

Signature: ______________________ Daniel C. Maddry